UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RONALD MCALLISTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:16-CV-172 SNLJ |
| | ) | |
| | ) | |
| THE ST. LOUIS RAMS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>MEMORANDUM AND ORDER</u>**

In January 2016, the St. Louis Rams football team announced that the team would move to a new stadium in Inglewood, California. The Rams' home stadium had been located in St. Louis, Missouri since 1995. The St. Louis Rams required football fans who wished to purchase season tickets to buy Personal Seat Licenses ("PSLs"), which allegedly entitled the PSL holder to buy one season ticket per year in a designated section of the stadium through the 2024 football season. Approximately 46,000 PSLs were sold.

Upon the announcement that the Rams would move to California, lawsuits were filed by PSL holders and others claiming damages arising from the Rams' move. This matter is currently before the Court on defendant The St. Louis Rams, LLC's motion to consolidate this matter with three later-filed related suits: *Pudlowski, et al. v. The St. Louis Rams, LLC, et al.*, No. 4:16-cv-00189-RLW (E.D. Mo. removed February 11, 2016); *Envision, LLC, et al. v. The St. Louis Rams, LLC*, No. 4:16-CV-00262-CDP (E.D. Mo. removed Feb. 26, 2016); *Arnold, et al. v. The St. Louis Rams, LLC*, No. 4:16-cv-00297-SNLJ (E.D. Mo. removed March 4, 2016).

1

Federal Rule of Civil Procedure 42(a) permits consolidation of cases if "actions before the court involve a common question of law or fact." The *McAllister*, *Envision*, and *Arnold* plaintiffs do not contest consolidation, but the *McAllister* plaintiff requests that the cases be set on separate discovery tracks. The Rams do not oppose that request. The Court will thus consolidate those three cases.

As for the *Pudlowski* case, Judge White granted the *Pudlowski* plaintiffs' motion to remand that case to the Circuit Court for the City of St. Louis (4:16-cv-00189, #49), and the order of remand has been stayed pending defendants' appeal to the Eighth Circuit (*Id.,* #54). In light of the order of remand, the Court need not address consolidation of *Pudlowski* at this time, so the motion is denied without prejudice as to *Pudlowski*.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to consolidate (#23) is GRANTED in part and DENIED in part.

**IT IS FURTHER ORDERED** that *Envision, LLC, et al. v. The St. Louis Rams, LLC*, No. 4:16-CV-00262-CDP, and *Arnold, et al. v. The St. Louis Rams, LLC*, No. 4:16-cv-00297-SNLJ, be consolidated with this matter, *McAllister v. The St. Louis Rams, LLC*, 4:16-cv-172.

**IT IS FINALLY ORDERED** that the parties shall file all further documents in this case, *McAllister v. The St. Louis Rams, LLC*, 4:16-cv-172.

Dated this   6th   day of July, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE