UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RONALD MCALLISTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:16-CV-172 SNLJ |
| | ) | No. 4:16-CV-189 |
| | ) | No. 4:16-CV-262 |
| THE ST. LOUIS RAMS, LLC, | ) | No. 4:16-CV-297 |
| | ) | CONSOLIDATED |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Arnold and Envision plaintiffs' motions to amend complaint (#111 and #112).

The Case Management Order was amended to allow parties to amend pleadings until April 24, 2017 (#89). On that date, both the Arnold plaintiffs and the Envision plaintiffs moved to amend their complaints. The Arnold plaintiffs seek to amend their complaint by interlineation and add a second count to their complaint under the Missouri Merchandising Practices Act. The Envision plaintiffs seek to file their First Amended Complaint. The defendants did not respond to either motion, and Federal Rule of Civil Procedure 15(a)(2) states that the court "should freely give leave" to file amendments "when justice so requires."

The Court will grant the motions. However, because the Court disfavors amendments by interlineation, the Arnold plaintiffs shall file an amended complaint, incorporating their newly-added Count II, within seven days.

1

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motions for leave to amend complaint (#111, #112) are **GRANTED**.

**IT IS FURTHER ORDERED** that the Arnold plaintiffs shall file an amended complaint, incorporating Count II, within seven days from the date of this order.

Dated this __28th__ day of June, 2017.

                                              STEPHEN N. LIMBAUGH, JR.
                                              UNITED STATES DISTRICT JUDGE