# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| RONALD MCALLISTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:16-CV-172 SNLJ |
| | ) | No. 4:16-CV-189 |
| | ) | No. 4:16-CV-262 |
| THE ST. LOUIS RAMS, LLC, | ) | No. 4:16-CV-297 |
| | ) | CONSOLIDATED |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendant The St. Louis Rams, LLC's motion for Rule 16 Conference and to amend the Case Management Order (#159).

The parties are engaged in active discovery regarding class certification. Because the parties were unable to find a mutually agreeable date on which to take the deposition of defendant's expert before the June 30, 2017 deadline, the parties agreed to extend that deadline until they were able to find a mutually agreeable date. That deposition took place on July 20 and 21, which was five weeks after the date defendant disclosed its expert (and three weeks later than the original deadline).

The *McAllister* plaintiff's counsel requested and received an extension of time in which to name his rebuttal expert. That deadline is now August 11, which meant that the July 20 deadline for deposing the rebuttal expert was unworkable. The defendant thus seeks an modification to the remainder of the discovery and filing deadlines. The *McAllister* plaintiff does not object to defendant's proposal. The *Envision* and *Arnold* plaintiffs, however, do object to the proposed extension in three respects:

1

Class Certification Motion Deadline:  Arnold and Envision wish to keep the class certification motion deadline on August 3, and they intend to file and in fact did file their motions that day.  McAllister had already filed a class certification motion.  Defendant proposed that the plaintiffs file class certification motions by October 6, 2017.

Depositions of plaintiffs' rebuttal experts:  Arnold and Envision wish to keep the August 25, 2017 deadling.  Defendant, seeing that scheduling its expert's deposition required five weeks, proposed a five-week deadline of September 15, 2017.

Class Certification Motion Response Deadline:  Arnold and Envision maintain that the September 8, 2017 deadline is still appropriate for the defendant's response.  Defendant seeks until the later of 30 days after the last plaintiff group files its motion or October 6, 2017.  Defendant points out that it requires time to work on its briefing after it deposes plaintiffs' experts.

In addition, defendant says that the additional time it seems is appropriate in light of the newly-added third party defendant, the St. Louis Convention & Visitors Commission ("CVC").

The Court will grant the defendant's motion in part.  Class certification motions will remain due on August 3, 2017, as they have already been filed.  Depositions of plaintiffs' rebuttal experts shall take place by September 15, 2017.  Defendant's response to the plaintiffs' class certification motions shall be due October 6, 2017.  Defendant's request for a Rule 16 conference is denied.

Accordingly,

**IT IS HEREBY ORDERED** that defendant The St. Louis Rams, LLC's motion for Rule 16 Conference and to amend the Case Management Order (#159) is **DENIED** in part and **GRANTED** in part as described herein.

**IT IS FURTHER ORDERED** that an Amended Case Management Order shall be filed by the Court.

Dated this __4th__ day of August, 2017.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE