**EXHIBIT 11**

Do not remove from Station

# PSL

# QUESTION AND ANSWER

# HANDBOOK

from CVC

Fans Inc 003778

**Q.**  WHERE CAN I GET A PSL APPLICATION?

**A.**  The PSL application was in the St. Louis Post-Dispatch on the 8th, 19th and 20th of January. They can also be picked up at ten major banks in the St. Louis area and at all Schnuck's grocery stores... or order by phone by calling 436-RAMS (7267) or 1-800-847 RAMS.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Q.**  WHAT IS A PSL?

**A.**  It is a Personal Seat License. Buying a PSL gives you the right to purchase season tickets for that seat in the Dome, season after season. No one else can have that seat as long as you continue to purchase your season tickets for Rams games.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Q.**  HOW MUCH DOES A PSL COST?

**A.**  PSL's begin as low as $250 per seat up to $4500 per seat. A diagram of the Dome and seating sections is provided on the PSL application and the application can be found in the St. Louis Post-Dispatch Sports Section or at the local bank.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*.

**Q.**  CAN I BUY SEASON TICKETS WITHOUT A PSL?

**A.**  No. Only PSL owners have the opportunity to buy season tickets. No PSL...No season ticket.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Q.**  HOW CAN I PURCHASE A CLUB SEAT?

**A.**  Very few Club seats remain, so call soon (314-231-3999).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Q.**  WHERE IS THE BEST SEAT IN THE DOME?

**A.**  That is really an individual preference. A seating diagram can be found in the St. Louis Post-Dispatch or in the PSL brochure.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Fans Inc 003779

**Q. HOW OR WHEN CAN I BUY SEASON TICKETS?**

A. The Rams will make that announcement at a later date.

*******************************

**Q. WHERE WILL THE RAMS PLAY BEFORE THE DOME IS OPEN?**

A. As many as three games during the 1995 season will be played at Busch Stadium. PSL owners will have the first opportunity to secure seats for those games.

*******************************

**Q. WHAT IF I DON'T GET MY FIRST CHOICE OF SEATING SECTION IN THE DOME?**

A. Then you are automatically assigned first priority in your second choice section. (Please remind our callers that it is VERY important to make second and third choices too).

*******************************

**Q. WHERE DO I CALL TO CHECK ON MY PSL ACCOUNT ONCE I'VE MAILED MY CHECK?**

A. A number is being established now.

*******************************

**Q. HOW IS SEATING FOR THE PHYSICALLY CHALLENGED (HANDICAPPED) TO BE PURCHASED?**

A. The handicapped individuals in wheelchairs DO NOT have to purchase a PSL. The Rams will make season tickets available to them once they are in place. Every section has physically challenged seating except club seats at the $1800, $2000 and $2200 per seat seats.

*******************************

**Q. HOW IS SEATING FOR THE ATTENDANTS OF THE PHYSICALLY CHALLENGED BEING HANDLED?**

A. The PSL is being waived for the physically challenged people in wheelchairs and for one attendant. <u>We can start a waiting list that we will then pass along to the Rams organization.</u>

*******************************

3

Fans Inc 003780

Q. WILL THERE BE ANY NON-PSL SEATS AVAILABLE FOR THE GAMES?

A. Approximately 5,000 seats will be available for each home game.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Q. DO YOU HAVE A COPY OF THE RAMS SCHEDULE?

A. No. The NFL has not set the dates for the games.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Q. WHICH IS THE BEST ROUTE TO TAKE. PSL'S OR CLUB SEATS?

A. PSLs. There are very few club seats left. Club seat questions can be directed to 314-231-3999.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Q. DOES THE PSL INCLUDE OTHER EVENTS?

A. No. The PSL's only covers Rams Football, pre-season and regular season games. Playoff home games (except Superbowl) are available at additional cost.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Q. ARE CLUB SEATS IN PSL CAMPAIGN?

A. No. Club seats are separate. Priority on Club seats is on a first come first served basis, AFTER the existing Club and Suite commitments have been honored.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Q. WHO DO I MAKE MY CHECK PAYABLE TO?

A. *FANS Inc.*

4

Fans Inc 003781

Q. WHAT HAPPENS WHEN APPLICANTS FOR HIGHER-PRICED SECTION GET BUMPED INTO THEIR SECOND CHOICE AND COMPETE WITH THE PEOPLE WHO MADE THAT LOWER-COST SECTION THEIR FIRST CHOICE?

A. On any single day, the bumped-down applicant will have priority over the applicant who made the lower-priced section the first choice. But once you have been selected for a given section, you CAN NOT be bumped by anyone applying one or more days later for higher priced section, so you should get your application in by the first day priority date (FEB 3). That does not guarantee you'll get first choice, but it improves you chances.

NOTE: IF CALLERS COMPLAIN ABOUT THIS ANSWER, WE SUGGEST THE FOLLOWING RESPONSE: I UNDERSTAND WHAT YOU'RE SAYING. NO METHOD IS COMPLETELY FAIR TO EVERYONE. WE HAD TO DESIGN A SYSTEM THAT WOULD BE SUCCESSFUL IN RAISING THE MONEY NEEDED TO BRING THE RAMS TO ST. LOUIS. THAT'S WHY, ON ANY GIVEN RECEIPT DATE, PRIORITY IS GIVEN TO THOSE WILLING TO PAY FOR THE HIGHEST-PRICED AVAILABLE SECTIONS.

*******************************

Q. WHAT IS THE PRIORITY FOR ASSIGNING CLUB SEATS?

A. Random.

*******************************

Q. WANT TO CHANGE APPLICATION CHOICES?

A. Fax, mail or deliver revisions to the FANS INC OFFICE, Attention: Account Specialist. Fax #231-1826. Mailing address: FANS Inc., 10 S. Broadway, Fourth Floor, St. Louis, MO 63102.

*******************************

Q. ARE THERE ANY CLUB SEATS LEFT?

A. Waiting list far exceeds available seats. The FANS Inc., office at 314-231-3999 will put you on the waiting list but applying for a PSL is now your best chance to get a seat.

*******************************

Q. CAN I ORDER A PSL BY PHONE?

A. No, only applications received by mail, Federal Express (or similar service), or courier, will be accepted.

5

Fans Inc 003782

**Q.** HOW MANY PSL'S WILL BE SOLD?

**A.** About 46,000 PSLs will be sold. This includes most of the seats in the Lower Level bowl and about 22,000 seats in the Upper Level Bowl. About 5,500 seats in the Upper Level bowl are being held for single-game ticket sales.

*******************************

**Q.** HOW MUCH WILL SEASON TICKETS COST?

**A.** Season ticket prices are expected to be $25, $30, $35, $40 and $45 per game, depending on seat location. Estimated full season costs are listed in the PSL brochure.

*******************************

**Q.** HOW DO RAMS SEASON TICKET PRICES COMPARE WITH OTHER TEAMS?

**A.** Rams season ticket prices are in line with those charged by other teams. They are in the upper half of NFL teams, but not the most expensive.

*******************************

**Q.** HOW MUCH MONEY WILL BE RAISED BY THE SALE OF PSLS?

**A.** That depends on how many are sold. A minimum of $65 million must be raised to cover all the costs associated with bringing the Rams to St. Louis. If more money is raised, it will be used for stadium-related costs not included in the original stadium budget (for example, electronic outdoor signage and other furniture, fixture and equipment items designed to give St. Louis the best stadium in the NFL). The most money that can be raised (if all PSLs are sold) is about $75 million.

*******************************

6

Fans Inc 003783

**Q.** WHY DOES FANS INC. HAVE TO SELL PSLs?
WHERE DOES THE MONEY FROM PSL SALES GO?

**A.** FANS Inc. will use the money from PSL sales to pay for expenses associated with bringing the Rams to St. Louis. The Rams will receive a payment of $13 million, which they will use to cover their direct expenses. FANS Inc. needs about $50 million to cover its costs, which include taking over the responsibility for the Rams current lease at Anaheim Stadium, paying Jerry Clinton for his interest in the St. Louis stadium lease and paying for the marketing, legal and administrative costs of bringing the Rams to St. Louis. At least $4 million will be spent on St. Louis stadium items not included in the original stadium budget.

*******************************

**Q.** WHAT HAPPENS IF WE DON'T RAISE ENOUGH MONEY?

**A.** The Rams will not be obligated to move to St. Louis.

*******************************

**Q.** WHAT HAPPENS IF I PAY FOR MY PSLs AND THE RAMS DON'T COME TO ST. LOUIS?

**A.** Your money will be returned in full (no interest will be paid).

*******************************

**Q.** HOW MANY PSLs MUST BE SOLD TO MAKE SURE THE RAMS WILL COME TO ST. LOUIS?

**A.** In terms of the agreement between FANS Inc. and the Rams, at least 29,000 PSLs and 6,000 Club Seats must be sold by mid-March. We also have to sell another 10,000 PSLs after the NFL owners vote to allow the Rams to move to St. Louis. But, for practical purposes, we have to sell 34,000 PSLs by mid-March and another 10,000 thereafter to ensure we have the money needed to bring the Rams here.

*******************************

**Q.** WHO GAVE FANS INC. THE RIGHT TO SELL PSLS?

**A.** The right to create and sell PSLs actually belong to the St. Louis Convention & Visitors Commission (CVC), which will manage and operate the stadium. FANS Inc. is acting as agent for the CVC in selling PSLs.

7

Fans Inc 003784

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Q.** WHAT IF I JUST WANT TO BY SINGLE-GAME TICKETS?

**A.** A limited number of single-game tickets (about 5,500) will be made available by the Rams. Single-game tickets will go on sale this summer, probably in July. The Rams are expected to limit the number of single-game tickets one individual can buy, to try to give as many people as possible the opportunity to come to Rams games.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Q.** WILL I BE GIVEN ANY PRIORITY IN BUYING PSLs IF I WAS A CARDINALS SEASON TICKET HOLDER?

**A.** FANS Inc. does not have the Cardinals season ticket list and cannot verify Cardinals season ticket holder status. Everyone will have the same priority for buying PSLs.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Q.** ARE ANY PSLs BEING SOLD TO BIG-WIGS BEFORE THEY GO ON SALE TO THE PUBLIC?

**A.** As you may know, FANS Inc. has been accepting orders for suites and Club Seats for several months and has commitments for all but about 30 suites and 1,000 Club Seats. People who made commitments for suites and Club Seats will have an opportunity to buy a certain kind of PSL - for convertible club seats - before they go on sale to the general public. None of the regular PSLs will be pre-sold to anyone.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Q.** WHAT IS A CONVERTIBLE CLUB SEAT?

**A.** The Rams have asked for certain sections of the Lower Level seating bowl (Sections CA and CB, at the back of the Lower Level bowl, along the sidelines) to be reserved for possible conversion to Club Seats after five or more years. These seats will be sold with PSLs as regular seats right now. If these seats are converted to Club Seats, they will be priced accordingly, with a annual Club membership fee. People who own PSLs for these seats will have the first right of refusal to lease them as Club Seats. There are about 4,500 seats available in these sections.

8

Fans Inc 003785

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Q.** CAN I SELECT THE EXACT SEATS I WANT WHEN I ORDER MY PSLS?

**A.** No, you can select the PSL <u>section</u> in which you want to sit. Specific seat assignments will be made later, based on a random computer-generated assignment of seats within each PSL section.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Q.** WHAT HAPPENS IF I DON'T LIKE MY SEAT ASSIGNMENT AFTER I'VE SIGNED MY PSL CONTRACT AND PAID ALL MY MONEY?

**A.** There will be no refunds to PSL owners just because they don't like their seat assignments. If someone chooses not to buy Rams season tickets because they don't like their seat assignments, the PSLs for those seats will be forfeited. You should only indicate a PSL section preference on your application if you'd be willing to sit in any seat(s) in that section. This helps keep the application process more fair - otherwise some individuals may try to flood FANS Inc. with PSL applications - knowing they could take their choice of sections awarded and get refunds on all the others they sent in. And that would be unfair to people who submitted one honest application.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Q.** IS THERE FINANCING AVAILABLE FOR PEOPLE WHO WANT TO BUY PSLs?

**A.** Ten local banks have developed financing programs for people who want to buy PSLs. Each bank may have a slightly different program, so you should contact the banks for details. A complete list with phone numbers can be found on the PSL application.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Q.** WHAT ARE YOU DOING FOR THE PEOPLE WHO CAN'T AFFORD TO BUY PSLS?

**A.** Most (two-thirds) of the PSLs are priced at $1,000 or less, and should be affordable to anyone who can afford season tickets. In many cases, people who don't want to go to all the Rams home games are forming groups to buy PSLs and the season tickets for those seats. This is a good alternative for football fans on limited budgets. In addition, there will be a limited number of tickets available on a game-by-game basis.

Fans Inc 003786

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Q.** WHY SHOULD THE AVERAGE FANS HAVE TO PAY FOR PSLS?  WHY DON'T THE BIG COMPANIES IN TOWN PAY THE COSTS OF BRINGING THE RAMS TO ST. LOUIS?

**A.** If we want professional football in St. Louis, everyone has to do his or her part. The taxpayers are providing the stadium and making it possible to keep the Rams rent to a minimum. Corporations are leasing the suites and many of the Club Seats. Buying PSLs is the way average fans can be part of the team that's bringing the Rams to St. Louis.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Q.** WHAT INCENTIVES DO THE RAMS HAVE TO FIELD A WINNING TEAM?

**A.** The Rams will have to put a winning team on the field if they want PSL holders to keep buying season tickets and if they want to keep guarantees on suite and Club Seat revenues in place. The Rams have a rich tradition in the NFL and the Rams ownership and management have told FANS Inc. they are committed to building on that tradition when the team moves to St. Louis.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Q.** CAN I SELL MY PSL?

**A.** Until March 31, 1996, PSLs only can be transferred to members of your immediate family. After that time, you can sell your PSL(s) to anyone. FANS Inc. or its successors will record the transfer, so the new owner can be placed on the Rams season ticket list. There will be a modest transfer fee charged for this service. FANS Inc. will not recognize any PSL transfers prior to March 1996, except to immediate family members.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Q.** WHAT IF I'M ON THE WAITING LIST FOR A CLUB SEAT AND ALSO APPLY FOR A PSL AS A BACKUP - THEN I GET MY CLUB SEAT - WILL I GET A REFUND FOR MY PSL DEPOSIT?

**A.** Yes. In this situation you will receive a refund for your PSL deposit.

Fans Inc 003787

Q. ANSWERS FOR PEOPLE WHO WANT SEATS TOGETHER.

A. Remember to read section F on the PSL application brochure. For groups of people who want to sit together, please submit one application for the entire group. When you receive your PSL contract, you will be able to establish separate PSLs for each member of that group. If you like, you may attach a sheet of paper with the names of the individuals in the groups when you send in the PSL application. Yes, those individuals each will receive Charter Owner recognition as stated on the brochure.

## GROUP APPLICATION UPDATE

The PSL Brochure advises groups to submit one application for the entire group. Because of some difficulties in getting separated loans from the participating banks on group allocations, FANS Inc. is now also accepting separate applications from groups which want seats together if they are submitted in the same envelope. This allows group members to pursue their individual PSL loans and then attach their PSL loan checks and their application with the others in their group and mail them together.

*******************************

Q. HOW WILL THE PSLS BE SOLD?

A. Remember. Those people who get their applications in before February 3 will have first priority. Until then, applications are being kept in a post office box. They will be taken out at the close of business on February 3 and entered into a computer. Then the computer program RANDOMLY begins filling the sections according to the applicant's stated preferences on the application. This ensures that the selection is made fairly. If there are PSLs left over after the applications from February 3 are processed, then the applications received on February 4 are awarded PSLs, followed by February 5, and so on...until the PSLs are gone.

*******************************

## BANK QUESTIONS

Q. IF I AM APPLYING FOR A LOAN AND FINANCE THE WHOLE AMOUNT, DO I STILL NEED TO SUBMIT MY 25% ALONG WITH THE APPLICATION FOR THE PSL?

A. Yes

11

Fans Inc 003788

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Q.     MY BANK TOLD ME THAT THEY WOULD ACCEPT THE PSL ON SITE WHAT'S UP?**

A.     Some Boatmen's Branches are accepting the applications and then sending them down to the lock box, but it is best to still mail it yourself to the post office box listed on the application.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## WHAT'S LOCATED ON THE DIFFERENT LEVELS OF THE DOME AT AMERICA'S CENTER

**LEVEL ONE:**     THE DOME FLOOR; CONVENTION MEETING ROOMS, LOCKER ROOMS, ETC...

**LEVEL TWO:**     LOWER SECTIONS (AS LISTED ON YOUR PSL BROCHURE DIAGRAM).

**LEVEL THREE:**     SUITES

**LEVEL FOUR:**     CLUB SEATS AND SOME SUITES

**LEVEL FIVE:**     UPPER SECTIONS (AS LISTED ON YOUR PSL BROCHURE DIAGRAM).

**LEVEL SIX:**     PRESS BOX AND TECHNICAL/SERVICE AREAS

Please note that the Loge areas (as listed on your PSL brochure diagram) are the first four rows of the upper level. The walkway for the upper level is behind the loge seats.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CLUB SEAT AND SUITE COSTS

For your information, club seat prices began at a cost of $700 per year and ranged to $2,200 per year. Club seats are only transferable within your immediate family. Club seat information is available at 314-231-3999.

Suites range from $55,000 per year to $130,000 per year.

12

Fans Inc 003789

**Q.** WHEN THE SECTIONS ARE FILLED BEGINNING WITH SECTION A, SECTION B AND SO FORTH IN PRICE PRIORITY...HOW WILL THE THREE $1000 SECTIONS BE DEALT WITH IN TERMS OF PRIORITY?

**A.** We're checking on an answer.

*******************************

## SEATING CAPACITY IN DOME

| | | |
|---|---|---:|
| * | SUITES | 1,400 |
| * | CLUB SEATS | 6,200 |
| * | PSL SEATS | 46,000 |
| * | GAME DAY | 5,500 |
| * | PHYSICALLY CHALLENGED | 1,300 |
| * | RAMS needs, Visiting Team Tickets, plus adjustments in seating on final construction | 4,900 |

**TOTAL SEATS IN STADIUM**     65,300

## ***IMPORTANT THINGS TO REMEMBER***

Please remind all callers that they will receive first day priority if they have their PSL applications in by the end of the day on February 3. How does that work? All PSL applications go into a lock box and on February 3rd they are drawn out and the process of assigning sections begins and is done randomly by computer. Those received after February 3rd are processed on a day by day basis. In other words, those received on January 27 are just as good as those received on January 23.

Please keep a list of questions you are being asked frequently and I will add them to the Q&A sheet so we can all better serve the caller. Keep the questions on the notepad at your desk.

If you do not know the answer to a question, please ask the supervisor on duty. If no one can answer the question, we will ask the caller to give us his name, address and phone number so that literature can be sent to him which will help explain the program.

13

Fans Inc 003790

Due to the extremely high volume of calls to these line, we cannot return calls and we cannot fax this information. We do mail the information several times each day, so the caller will be able-most cases-to have our mailing the next day.

If you get inquires from Realtors, Movers, Architects, Engineers, Vendors, Rams Advertising, etc., refer to:

> JOHN OSWALD
> DIRECTOR OF OPERATIONS
> RAMS FOOTBALL
> 2327 WEST LINCOLN AVENUE
> ANAHEIM, CA 92801
> (714) 991-2100

If you get any inquires about the Rams buying ads in charity programs, donating to charities, or anything pertaining to Mrs. Frontiere, refer to:

> RICK SMITH
> DIRECTOR OF PUBLIC RELATIONS
> RAMS FOOTBALL
> SAME ADDRESS AS ABOVE
> (714) 991-2114

14

Fans Inc 003791

## CORRECTION

CVC's PSL Q&A Handbook:     Page 5

Q:   WHAT IS THE PRIORITY FOR ASSIGNING CLUB SEATS?

A:   **Randomly - by length of lease term - longest lease term first.**

Fans Inc 003792

Case: 4:16-cv-00172-SNLJ   Doc. #:  233-12   Filed: 10/02/17   Page: 17 of 18 PageID #: 3851

## CORRECTION

CVC's PSL Q&A Handbook:     Page 5

Q:   Want to change application choices?

A:   **WE CANNOT PROCESS CHANGE REQUESTS DUE TO THE VOLUME OF TRANSACTIONS AND SHORT TURN AROUND TIME FOR PROCESSING.**

**(If customer will not accept this answer, refer them to 314/231-3999.)**

Fans Inc 003793

**CORRECTION**

CVC's PSL Q&A Handbook:

Q:   Want to change application choices?

A:   **You can FAX, mail or deliver revisions to the FANS office. Attn: Jim Zweifel. We will hold your request and see if there is anyting we can do to help you. No promise can be made that change requests will be accommodated due to the volume and short turn around time on processing of transactions. The fax number is 314/231-1826.**

Fans Inc 003794