UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RONALD MCALLISTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:16-CV-172 SNLJ |
| | ) | No. 4:16-CV-189 |
| | ) | No. 4:16-CV-262 |
| THE ST. LOUIS RAMS, LLC, | ) | No. 4:16-CV-297 |
| | ) | CONSOLIDATED |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff Richard Arnold's motion to compel defendant The St. Louis Rams, LLC to produce documents pertaining to the pricing of Personal Seat Licenses ("PSLs") at the Rams' new stadium in California (#224).

Plaintiff Arnold seeks documents responsive to two Requests for Production, inter alia, pertaining to PSL pricing at the Rams' new stadium in California. Rams at first responded that the requests sought irrelevant documents and also that the documents were privileged. Then the Rams, after plaintiff filed his motion, produced documents that it located through electronic search methods. The Rams also promised to produce a three-document privilege log. Arnold's reply memorandum suggested that the Rams had improperly failed to search hard copy documents. The Rams filed a surreply that stated they had completed their hard document search and had turned up no responsive documents.

Arnold did not respond further to the October 13 surreply. The Court presumes that the Rams produced its privilege log as promised and concludes that, apparently, the motion has been mooted.

1

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Richard Arnold's motion to compel (#224) is DENIED as moot.

Dated this  15th  day of November, 2017.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE