**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| RONALD MCALLISTER, *et al.*, | ) | | |
| | ) | | |
| Plaintiffs, | ) | Nos. | 4:16-CV-00172-SNLJ |
| | ) | | 4:16-CV-00262 |
| v. | ) | | 4:16-CV-00297 |
| | ) | | CONSOLIDATED |
| THE ST. LOUIS RAMS, LLC, | ) | | |
| | ) | | |
| Defendant. | ) | | |

**STATUS REPORT AND CONSENT MOTION
TO EXTEND STAY PENDING CONTINUED SETTLEMENT DISCUSSIONS**

With the consent of plaintiffs' counsel, The St. Louis Rams, LLC (the "Rams") respectfully requests that the Court extend the stay of activity in the three consolidated "personal seat license" cases (case numbers 4:16-CV-00172, 4:16-CV-00262, and 4:16-CV-00297) until December 17, 2018, to allow time to file a motion for preliminary approval of settlement. In support, the Rams state:

1. The parties participated in a mediation of these cases before Judge Ray Price on June 21, 2018, and then again on July 20, 2018.

2. The parties have recently come to an agreement on a settlement and are in the process on obtaining signatures on a finalized Settlement Agreement.

3. The parties request additional time to prepare and file a motion for preliminary approval of the settlement in the next 21 days. Accordingly, the parties seek to continue to stay these cases until December 17, 2018.

WHEREFORE, The St. Louis Rams, LLC respectfully requests that the Court continue to stay these consolidated cases until December 17, 2018.

Dated:  November 26, 2018

Respectfully submitted,

DENTONS US LLP

By:  */s/ Roger K. Heidenreich*
      Stephen H. Rovak, #22328MO
      Roger K. Heidenreich, #40898MO
      Elizabeth T. Ferrick, #52241MO
      One Metropolitan Square, Suite 3000
      St. Louis, Missouri 63102
      Telephone: (314) 241-1800
      Facsimile:  (314) 259-5959
      stephen.rovak@dentons.com
      roger.heidenreich@dentons.com
      elizabeth.ferrick@dentons.com

      Anders C. Wick, *admitted pro hac vice*
      233 South Wacker Drive, Suite 5900
      Chicago, Illinois 60606
      Telephone: (312) 876-8000
      Facsimile: (312) 876-7934
      anders.wick@dentons.com

      *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 26th day of November, 2018, the foregoing document was served via the Court's electronic filing system upon counsel of record.

  */s/ Roger K. Heidenreich*

109718600