# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-8001

Ronald McAllister, on behalf of himself and all others similarly situated, et al.

Respondents

v.

The St. Louis Rams LLC, A Delaware General Partnership, doing business as St. Louis Rams Partnership

Petitioner

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:16-cv-00172-SNLJ)
(4:16-cv-00262-SNLJ)
(4:16-cv-00297-SNLJ)

_____

**ORDER**

The request to hold the pending motion in indefinite abeyance is granted.

December 27, 2018

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans