# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| RONALD MCALLISTER, *et al.*, | ) | | |
| | ) | | |
| Plaintiffs, | ) | Nos. | 4:16-CV-00172-SNLJ |
| | ) | | 4:16-CV-00262 |
| v. | ) | | 4:16-CV-00297 |
| | ) | | CONSOLIDATED |
| THE ST. LOUIS RAMS, LLC, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated January 17, 2019, Defendants hereby submit the following status report, with the consent and approval of Plaintiffs' counsel:

1. In the November 26, 2018 Status Report and Consent Motion to Extend Stay Pending Continued Settlement Discussions, the parties requested an extension until December 17, 2018 to file a motion for preliminary approval of the settlement. (Doc. 391).

2. On December 5, 2018, after the parties' concluded negotiations on the settlement, Plaintiffs filed their Motion for Preliminary Approval of Settlement along the parties' Settlement Agreement and exhibits, including the various documents the parties will use to notify the class and process class claims. (Doc. 394).

3. Defendants' signature page to the Settlement Agreement was forwarded to counsel for the Plaintiffs on January 22, 2019, a copy thereof attached hereto as <u>Exhibit 1</u>. All parties have now signed the Settlement Agreement.

4. In addition, pursuant to the Settlement Agreement and as described in the Motion for Preliminary Approval, Defendants have retained a claims administrator approved by

Plaintiffs that stands ready to begin the process of issuing notice to the Class upon the Court's ruling on the Motion for Preliminary Approval.

5. The Eighth Circuit, upon application of all parties, did not extend the stay effective in this Court that expired on December 17, 2018. The parties believe the motion to preliminarily approve the settlement is ripe for ruling.

Dated:  January 23, 2019

Respectfully submitted,

DENTONS US LLP

By:  /s/ Roger K. Heidenreich
Stephen H. Rovak, #22328MO
Roger K. Heidenreich, #40898MO
Elizabeth T. Ferrick, #52241MO
One Metropolitan Square, Suite 3000
St. Louis, Missouri 63102
Telephone: (314) 241-1800
Facsimile:  (314) 259-5959
stephen.rovak@dentons.com
roger.heidenreich@dentons.com
elizabeth.ferrick@dentons.com

Anders C. Wick, *admitted pro hac vice*
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
anders.wick@dentons.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 23rd day of January, 2019, the foregoing document was served via the Court's electronic filing system upon counsel of record.

  /s/ Roger K. Heidenreich