# EXHIBIT 1

**THE ST. LOUIS RAMS, LLC,**
**DEFENDANT**

_____     1/21/19
By: Kevin Demoff                   Date
Title: Chief Operating Officer

**COUNSEL FOR DEFENDANT**

_____     1/21/19
DENTONS US LLP                     Date
Roger K. Heidenreich
Elizabeth T. Ferrick

One Metropolitan Square, Suite 3000

35