# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RONALD McALLISTER,<br><br>    Plaintiff,<br><br>v.<br><br>THE ST. LOUIS RAMS, LLC,<br><br>    Defendant. | Case Nos. 4:16-cv-00172-SNLJ<br>4:16-cv-00262<br>4:16-cv-00297<br>CONSOLIDATED |

### DECLARATION OF RICHARD S. CORNFELD

I, Richard S. Cornfeld, hereby declare as follows:

1. My name is Richard S. Cornfeld. I am an attorney with the Law Office of Richard S. Cornfeld, LLC, and have personal knowledge of the facts stated in this affidavit.

2. I am an attorney of record in *McAllister v. St. Louis Rams, LLC*, No. 4:16-cv-00172-SNLJ, Judge Stephen N. Limbaugh, Jr. presiding ("*McAllister*").

3. Along with attorneys with The Bruning Law Firm, LLC, and Goldenberg Heller & Antognoli, P.C., I was appointed as Class Counsel to represent the FANS Class in *McAllister*.

4. In prosecuting this case, I have worked closely with the Bruning and Goldenberg firms. Throughout this case, we have avoided needless duplication of effort.

5. The Bruning and Goldenberg firms have provided me with the time they spent on this case, as well as their expenses. That information is incorporated in this Declaration.

6. The following chart summarizes the value of our fees (hours spent times hourly rate) and our expenses through February 28, 2019.

| | Fees | Expenses | Total |
|---|---|---|---|
| Bruning Law Firm, LLC | $850,480.00 | $25,700.17 | $876,180.17 |
| Law Office of Richard S. Cornfeld, LLC | $753,768.00 | $16,454.38 | $770,222.38 |

| Goldengerg Heller & Antognoli, P.C. | $753,360.00 | $22,541.26 | $775,901.26 |
|---|---|---|---|
| Total | $2,357,608.00 | $64,695.81 | $2,422,303.81 |

7. The fees shown in the above table were calculated using the following hourly rates, which are our standard billing rates for complex class actions like this case:

**Bruning firm**: Anthony S. Bruning and Edward M. Roth: $650; A.J. Bruning and Ryan Bruning: $400.

**Goldenberg firm**: Mark C. Goldenberg and Thomas P. Rosenfeld: $650; Kevin P. Green: $400; Thomas C. Horscroft: $300.

**Cornfeld firm**: Richard S. Cornfeld: $650; Carolyn Tolbert Frey (paralegal): $250.

8. All time expended has been reasonably calculated to zealously represent our clients in this case. The Bruning, Goldenberg and Cornfeld firms expect to bill considerably more time as the settlement goes forward to assist PSL holders with their claims and any possible challenges thereto and to seek final approval of the settlement. We cannot predict how much time we will need to expend in these tasks.

9. The expenses that the three firms incurred are itemized in the attached Exhibit 1. These expenses have all been paid in full, with no outstanding balance.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on March 15, 2019, in the City of St. Louis, Missouri.

*/s/ Richard S. Cornfeld*
Richard S. Cornfeld

2