# Exhibit 1

**Itemized Expenses**

**The Bruning Law Firm, LLC**

| Date | Memo/Description | Amount |
|---|---|---|
| 02/19/2016 | Service on St. Louis Rams | $60.12 |
| 05/09/2016 | Obtain File Documents | $39.80 |
| 04/21/2017 | Mediation | $12.00 |
| 04/21/2017 | Mediation | $12.00 |
| 04/21/2017 | Case Meeting post Mediation | $169.20 |
| 04/21/2017 | Mediation Lunch | $17.25 |
| 04/23/2017 | Pre-Mediation Meeting | $12.00 |
| 04/24/2017 | Courier Service | $50.00 |
| 05/16/2017 | Wayback Machine | $590.00 |
| 05/23/2017 | Edward Mock Deposition | $236.20 |
| 06/08/2017 | McAllister Deposition | $228.41 |
| 06/08/2017 | S. Bohm Deposition | $151.85 |
| 06/08/2017 | Jaenke Deposition | $166.40 |
| 06/08/2017 | Pearlman Deposition | $182.30 |
| 06/08/2017 | R. Bohm Deposition | $197.15 |
| 06/08/2017 | Cochran Deposition | $152.75 |
| 06/16/2017 | LA Flight Early Bird-Demoff Deposition | $15.00 |
| 06/16/2017 | Mediation Cost | $352.49 |
| 06/30/2017 | LA Flight- Demoff Deposition | $597.96 |
| 07/08/2017 | LA Flight Early Bird | $15.00 |
| 07/08/2017 | LA Flight Early Bird | $15.00 |
| 07/11/2017 | Copying Charge LA Hotel | $11.50 |
| 07/11/2017 | Copying Charge LA Hotel | $63.25 |
| 07/11/2017 | In Flight Wifi | $8.00 |
| 07/11/2017 | LA Trip | $9.00 |
| 07/12/2017 | LA Trip | $8.92 |
| 07/12/2017 | Copying/Printing Charge LA | $34.50 |
| 07/12/2017 | Copying/Printing Charge LA | $32.31 |
| 07/12/2017 | Copying/Printing Charge LA | $23.67 |
| 07/13/2017 | Airport Parking | $46.00 |
| 07/13/2017 | LA Flight-Strombom Deposition | $10.00 |
| 07/14/2017 | LA Flight-Strombom Deposition | $15.00 |
| 07/14/2017 | LA Flight-Strombom Deposition | $15.00 |
| 07/14/2017 | LA Flight-Strombom Deposition | $190.00 |
| 07/14/2017 | LA Flight-Strombom Deposition | $321.00 |
| 07/19/2017 | LA Flight-Strombom Deposition | $8.00 |
| 07/19/2017 | LA Meal | $17.76 |
| 07/19/2017 | LA Meal | $18.30 |
| 07/19/2017 | LA Meal | $40.69 |
| 07/19/2017 | LA Meal | $18.30 |
| 07/19/2017 | LA Meal | $16.96 |
| 07/19/2017 | LA Meal | $2.91 |
| 07/19/2017 | LA Meal | $151.15 |
| 07/20/2017 | LA Meal | $17.30 |
| 07/21/2017 | LA Flight- Wifi | $8.00 |
| 07/21/2017 | Hotal Charge LA Trip-Strombom Deposition | $819.88 |
| 07/21/2017 | LA Taxi | $61.74 |
| 07/21/2017 | LA Meal | $199.06 |
| 07/22/2017 | Parking | $60.00 |
| 09/08/2017 | Strombom Deposition and Krieger Bill | $3,259.23 |
| 10/19/2017 | Kriegler Expert Fee | $2,000.00 |
| 11/13/2017 | Kriegler Deposition | $348.90 |
| 12/15/2017 | Kreigler Depo Prep | $1,709.71 |
| 01/12/2018 | Demoff Depo Trip | $15.00 |
| 01/12/2018 | Demoff Depo Trip | $15.00 |
| 01/12/2018 | LA Demoff Depo Trip | $358.96 |
| 01/19/2018 | Strombom Deposition | $1,116.80 |
| 01/22/2018 | LA-Demoff Depo | $24.12 |
| 01/23/2018 | LA-Demoff Depo | $24.92 |
| 01/23/2018 | LA-Demoff Depo | $21.78 |
| 01/23/2018 | LA-Demoff Depo | $7.16 |
| 01/23/2018 | LA-Demoff Depo | $8.00 |
| 01/24/2018 | LA- Demoff Depo | $177.32 |
| 01/24/2018 | LA-Demoff Depo | $24.21 |
| 01/24/2018 | LA-Demoff Depo | $22.25 |

| | | |
|---|---|---|
| 01/25/2018 | LA-Demoff Depo- Airport Meal | $40.75 |
| 01/26/2018 | LA-Demoff Depo | $568.86 |
| 02/26/2018 | Strombom Depo | $684.00 |
| 04/13/2018 | LA Flight | $15.00 |
| 04/13/2018 | LA Flight | $15.00 |
| 04/13/2018 | LA Flight | $379.96 |
| 04/16/2018 | LA Hotel, Moore Depo | $756.35 |
| 06/04/2018 | LA Scanning Services | $300.00 |
| 06/22/2018 | Mediation Lunch | $118.83 |
| 06/22/2018 | Post Mediation Meeting | $193.67 |
| 06/28/2018 | Concord Scanning Services | $4,298.47 |
| 07/09/2018 | Reimbursement for Concord Scanning | -$1,432.82 |
| 07/21/2018 | Mediation Lunch | $112.97 |
| 08/01/2018 | Scanning Hard Files | $2,028.56 |
| 08/01/2018 | Kriegler Bill 6/1/18-6/30/18 | $550.00 |
| 10/30/2018 | Econ One- Brian Kriegler | $1,720.66 |
| 12/21/2018 | Mediation Costs | $715.47 |
| | | **$ 25,700.17** |

**Law Office of Richard S. Cornfeld, LLC**

| Date | Memo/Description | Amount |
|---|---|---|
| 02/09/2016 | Court Filing Fee | $400.00 |
| 02/16/2016 | Process Server | $54.32 |
| 08/30/2016 | Parking | $1.50 |
| 04/03/2017 | Meal | $36.17 |
| 04/03/2017 | Meal | $36.17 |
| 04/13/2017 | Miscellaneous | $9.00 |
| 04/21/2017 | Parking | $12.00 |
| 04/21/2017 | Meal | $10.18 |
| 06/16/2017 | Mediation | $352.49 |
| 07/19/2017 | Travel/Lodging | $677.95 |
| 07/19/2017 | Meal | $23.67 |
| 07/19/2017 | Taxi | $67.98 |
| 07/19/2017 | Wifi | $8.00 |
| 07/19/2017 | Travel/Lodging | $668.71 |
| 07/19/2017 | Meal | $14.54 |
| 07/20/2017 | Meal | $31.81 |
| 07/21/2017 | Travel/Lodging | $290.00 |
| 07/21/2017 | Meal | $32.31 |
| 07/21/2017 | Wifi | $63.90 |
| 07/21/2017 | Meal | $28.63 |
| 07/21/2017 | Travel/Lodging | $31.01 |
| 07/23/2017 | Parking | $112.00 |
| 07/31/2017 | Expert Witness | $2,029.34 |
| 08/08/2017 | Court Reporter | $2,029.35 |
| 08/14/2017 | Court Reporter | $215.98 |
| 08/16/2017 | Office Supplies | $21.73 |
| 08/31/2017 | Expert Witness | $2,000.00 |
| 09/06/2017 | Court Reporter | $78.34 |
| 01/22/2018 | Expert Witness | $1,116.80 |
| 01/26/2018 | Expert Witness | $1,737.00 |
| 05/31/2018 | Expert Witness | $1,720.68 |
| 06/28/2018 | Document Scanning | $1,432.82 |
| 06/30/2018 | Expert Witness | $1,110.00 |
| | | **$16,454.38** |

**Goldenberg Heller & Antognoli, P.C.**

| Date | Memo/Description | Amount |
|---|---|---|
| 2/3/2016 | Conference Call Charges | $24.99 |
| 4/18/2016 | Conference Call Charges | $13.56 |
| 5/9/2017 | Pohlman Court Reporting - Richard Arnold | $226.05 |
| 5/23/2017 | Transcript of R. Arnold Deposition 5/9/2017 | $226.05 |
| 6/26/2017 | Mediation Services of the Honorable William Ray Price, Jr. with Armstrong Teasdale, LLP | $352.49 |
| 6/29/2017 | Southwest Airlines - Flight to Los Angeles for the 07/11/2017 Deposition of Rams' Corporate Representative, Kevin Demoff | $612.96 |
| 7/9/2017 | J. W. Marriott - T. Rosenfeld | $878.25 |
| 7/10/2017 | J. W. Marriott - R. Bruning | $726.63 |
| 7/11/2017 | Pohlman Court Reporting - Kevin Demoff | $1,659.29 |
| 8/3/2017 | FedEx (Subpoena to Beck 'N Call for Service to STL Marketplace, LLC | $45.50 |
| 8/3/2017 | Witness Fee to STL Marketplace, LLC | $45.00 |
| 8/4/2017 | Beck 'N Call - Process Service [Expedite Service] | $95.00 |
| 8/9/2017 | Pacer Service/Federal Court Research (filings in related litigation) | $15.00 |
| 9/6/2017 | Econ One (Professional Services - July 2017) | $2,029.33 |
| 9/6/2017 | Pohlman Court Reporting - Strombom - Vol I | $935.61 |
| 9/6/2017 | Pohlman Court Reporting - Strombom - Vol II | $215.96 |
| 9/6/2017 | Pohlman Court Reporting - Strombom - Vol III | $78.33 |
| 10/17/2017 | Econ One (Professional Services - August 2017) | $2,000.00 |
| 12/29/2017 | Econ One (Professional Services - September 2017) | $1,709.70 |
| 1/11/2018 | Strombom Deposition Payment | $1,116.80 |
| 1/23/2018 | Airfare to LA for Deposition of Rams' Corporate Representative | $521.98 |
| 1/23/2018 | LA Trip - Meal | $7.50 |
| 1/24/2018 | Taxi | $68.70 |
| 1/24/2018 | LA Trip - Meal | $23.00 |
| 1/24/2018 | LA Trip - Meal | $50.70 |
| 1/24/2018 | LA Trip - Meal | $365.98 |
| 1/25/2018 | LA Trip - Meal | $241.48 |
| 1/25/2018 | Lodging (TPR and RB) | $1,131.51 |
| 1/25/2018 | Airfare from LA for Deposition of Rams' Corporate Representative | $467.00 |
| 1/26/2018 | Taxi | $33.50 |
| 2/5/2018 | Jump Drives for video deposition | $30.24 |
| 2/19/2018 | Veritext Legal Solutions - Demoff Depo | $781.00 |
| 5/31/2018 | Pacer Service/Federal Court Research | $55.60 |
| 6/5/2018 | Veritext Legal Solutions - Demoff depo transcript McAllister | $871.84 |
| 6/5/2018 | Veritext Legal Solutions - Demoff depo transcript Arnold | $966.52 |
| 6/28/2018 | Concord Document Services | $1,432.82 |
| 8/15/2018 | Parking Expense-St. Louis Meetings | 3.35 |
| 8/15/2018 | Parking Expense-St. Louis Meetings | $3.35 |
| 8/17/2018 | Parking Expense-Clayton Meeting | $3.00 |
| 10/11/2018 | Conference Call Charges 9/7/18 | $6.28 |
| 10/11/2018 | Conference Call Charges 9/26/18 | $10.09 |
| 10/29/2018 | Expert Fees-Defendant's Expert 5/31/18 | $1,720.66 |
| 11/12/2018 | Conference Call Charges 10/4/18 | $6.79 |
| 12/20/2018 | Parking Expense for 12/3/18 Meeting | $10.05 |
| 12/20/218 | Parking Expense for 12/3/18 Meeting | $3.00 |
| 1/22/2019 | Parking Expense for 12/11/18 | $3.35 |
| 2/6/2019 | Mediation Services - J. Price with Armstrong Teasdale | $715.47 |
| | | **$22,541.26** |
| | **Total** | **$ 64,695.81** |