# Exhibit C

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RONALD McALLISTER,<br><br>    Plaintiff<br><br>v.<br><br>THE ST. LOUIS RAMS, L.L.C.,<br><br>    Defendant. | No. 4:16-CV-172 SNLJ<br>No. 4:16-CV-189<br>No. 4:16-CV-262<br>No. 4:16-CV-297<br>CONSOLIDATED |

### Declaration of David R. Bohm

David R. Bohm, having personal knowledge of all facts as stated herein, states as follows for his declaration, given pursuant to 28 U.S.C. §1746:

1. I am a principal in the law firm of Danna McKitrick, P.C.

2. I am an attorney of record in *McAllister v. St. Louis Rams, LLC,* No. 4:16-cv-172 SNLJ, Judge Stephen N. Limbaugh, Jr. presiding.

3. The Court appointed me as one of the lead counsels to represent Personal Seat License holders whose PSLs were governed by the St. Louis Rams Regular Patron CPSL Agreement (the "Rams class").

3. In prosecuting this case, I have worked closely with Fernando Bermudez of Bermudez Law StL, LLC and with Martin M. Green of Law Offices of Martin M. Green, P.C., who were also designated lead counsel for the Rams class in this case. Bermudez is filing a separate affidavit, even date herewith, concerning his firm's fees and expenses in this case.

4.     The three law firms have accrued considerable expenses in prosecuting this case. Danna McKitrick, P.C. incurred, through February 28, 2019, all of the expenses, totaling $9,578.17, as shown on Exhibit "1" to this declaration. These expenses have been paid in full and have no outstanding balance.

5. All of these expenses were reasonably incurred and reflect market rates.

6. None of these expenses have been reimbursed nor will they be outside the provisions of this case's settlement agreement concerning costs and expense reimbursement.

7.     As of February 26, 2019, I personally expended 418.3 hours of attorney time since January 2016 prosecuting this case.

8.     As of February 26, 2019, other principals at Danna McKitrick, P.C. expended 35.1 hours of attorney time since January 2016 assisting in the prosecution of this case.

9.     The billing rates of principals at Danna McKitrick, including myself, for these types of class action cases is $650 per hour.  This rate is market driven and, based on information and belief, is less than the hourly rate charged by principal counsel for Defendants in this case.

10.    As of February 26, 2019, associates at Danna McKitrick, P.C. expended 136.7 hours of attorney time since January 2016 assisting in the prosecution of this case.  Danna McKitrick typically bills at the rate of $300 per hour for associate attorneys for these types of class action cases.  This rate is market driven.

11.    As of February 26, 2019, paralegals and law clerks at Danna McKitrick, P.C. expended a total of 103.9 hours assisting in the prosecution of this case. Danna McKitrick, P.C. typically bills for the services of paralegals at $150 per hour, and $125 per hour for law clerks.

12.    Thus, through February 26, 2019, the lodestar for David R. Bohm and the law firm of Danna McKitrick, P.C. is $355,953.17.

13. All time expended has been reasonably calculated to zealously represent our clients in this case. I expect that Danna McKitrick, P.C. and I will expend considerably more time as this settlement goes through administration and court approval. Because those two variables depend largely on the challenges that the Rams may make to the class claims and the objections that third parties may raise to the settlement, it is impossible to predict accurately how much more time will be expended through completion of this case. Additionally, it is anticipated that I and a paralegal with Danna McKitrick, P.C. will continue to answer questions propounded by multiple class members concerning the claims process.

I, David R. Bohm, state that the preceding factual statements are based upon person knowledge and are true to the best of my knowledge under penalty of perjury under 28 U.S.C. §1746.

_____
David R. Bohm

Dated: March 13, 2019

# Danna McKitrick, P.C.

7701 Forsyth Blvd., Suite 800
St. Louis, MO 63105
(314) 726-1000
www.dannamckitrick.com

3/4/2019

RE: 6590-516 Envision, LLC, et al./St. Louis Rams, Envision, LLC

| | | | |
|---|---|---|---|
| **Expenses** | | | |
| 2/1/2016 | Eisen Enterprises, L.L.C. | Service. | 75.00 |
| 2/4/2016 | American Express | Filing fee - St. Louis County Circuit Court. | 141.24 |
| 5/15/2017 | Pohlman Reporting Company, LLC | Deposition and transcript of Robert Bohm taken on 5/1/2017. | 192.15 |
| 5/15/2017 | Pohlman Reporting Company, LLC | Deposition and transcript of Sue Bohm taken on 5/1/2017. | 146.85 |
| 5/15/2017 | Pohlman Reporting Company, LLC | Deposition and transcript of David Jaenke taken on 5/2/2017. | 161.40 |
| 5/19/2017 | Pohlman Reporting Company, LLC | Deposition and transcript of Edward Mock taken on 5/3/2017. | 236.20 |
| 5/19/2017 | Pohlman Reporting Company, LLC | Deposition and transcript of Robert McNeely Cochran taken on 5/8/2017. | 152.75 |
| 5/19/2017 | Pohlman Reporting Company, LLC | Deposition and transcript of Brad Pearlman taken on 5/8/2017. | 182.30 |
| 5/24/2017 | Pohlman Reporting Company, LLC | Deposition and transcription of Richard Arnold taken on 5/9/2017. | 251.05 |
| 6/7/2017 | Armstrong Teasdale, LLP | Mediation. | 1,057.47 |
| 7/24/2017 | Pohlman Reporting Company, LLC | Deposition of Kevin Demoff taken on 7/11/2017. | 619.75 |
| 8/16/2017 | David R. Bohm | Travel Charges to Los Angeles for deposition. | 1,798.09 |

**EXHIBIT 1**

Envision, LLC, et al./St. Louis Rams, LLC | | Page: 2

| Date | Payee | Description | Amount |
|---|---|---|---|
| 8/17/2017 | Pohlman Reporting Company, LLC | Depositions - Bruce Strombom - Volume I & II and Ronald McAllister. | 1,546.92 |
| 9/25/2017 | Ron Cytron | Expert consulting services. | 400.00 |
| 1/22/2018 | Law Office of Richard S. Cornfeld | Deposition of Dr. Strombom. | 1,737.00 |
| | Westlaw Usage | Flat Fee, $40.00 per date used 22 separate dates | 880.00 |
| | | | **$9,578.17** |