# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 18-8001
_____

Ronald McAllister, on behalf of himself and all others similarly situated; Brad Pearlman; Envision, LLC; Robert D. Bohm; Sue Bohm; Edward E. Mock; Richard Arnold; R. McNeely Cochran

Respondents

v.

The St. Louis Rams LLC, A Delaware General Partnership, doing business as St. Louis Rams Partnership

Petitioner

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:16-cv-00172-SNLJ)
(4:16-cv-00262-SNLJ)
(4:16-cv-00297-SNLJ)
_____

**JUDGMENT**

The joint stipulation for dismissal of this appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

November 05, 2019

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
       /s/ Michael E. Gans