# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

November 05, 2019

Mr. Fernando Bermudez
BERMUDEZ LAW, LLC
Suite 1860
500 N. Broadway
Saint Louis, MO  63102

Mr. David Richard Bohm
DANNA MCKITRICK, P.C.
Suite 800
7701 Forsyth Boulevard
Saint Louis, MO  63105

Mr. Richard Steven Cornfeld
LAW OFFICE OF RICHARD S. CORNFELD, LLC
Suite 1645
1010 Market Street
Saint Louis, MO  63101

Mr. Roger K Heidenreich
DENTONS US, LLP
3000 One Metropolitan Square
211 North Broadway
Saint Louis, MO  63102-0000

RE: 18-8001  Ronald McAllister, et al v. The St. Louis Rams LLC

Dear Counsel:

Attached is an order entered today in the above case. The mandate is issued forthwith to the Clerk of the United States District Court.

Michael E. Gans
Clerk of Court

LMT

Enclosure(s)

cc: Mr. Anthony S. Bruning
    Mr. Anthony S. Bruning Jr.

Mr. Ryan L. Bruning
Mr. Michael Ryan Cherba
Ms. Elizabeth Ferrick
Mr. Mark C. Goldenberg
Mr. Kevin Paul Green
Mr. Martin M. Green
Mr. Gregory J. Linhares
Mr. Thomas Paul Rosenfeld
Mr. Edward Morris Roth
Mr. Stephen Howard Rovak

District Court/Agency Case Number(s):   4:16-cv-00172-SNLJ
                                        4:16-cv-00262-SNLJ
                                        4:16-cv-00297-SNLJ